IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMTERIOUS GORDON,

               Plaintiff,

v.

DR. MICHAEL BROWN, DREW CROSS,
JOSEPH FRAUNDORF, NICHOLAS SIEBER,
JAMIE BARKER, MORGHAN GILSON NOTH,
DR. MANN LEE, LYNN DOBBERT,
KOREEN FRISK, BRIDGET RINK, NICOLE
KRAHENBUHL and JAMIE GOHDE,

               Defendants.

Case No. 18-cv-176-wmc

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Samterious Gordon's claims against Dr. Michael Brown, Nicholas Sieber, Jamie Barker, Morghan Gilson Noth, Dr. Mann Lee, Koreen Frisk, Bridget Rink, Nicole Krahenbuhl and Jamie Gohde.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Drew Cross, Joseph Fraundorf and Lynn Dobbert in accordance with the jury's verdict.

Approved as to form this 7th day of January, 2020.

_____
William M. Conley
District Judge

_____       1/7/20
Peter Oppeneer                              Date
Clerk of Court