Notice of Appeal To The Court of Appeals
From a Judgment of The Western District
of Wisconsin
United States District Court For the Western District of Wisconsin

---

Samterious Gordon
       Plaintiff

v

Dr. Michael Brown, Drew Cross
Nicholas Sieber, Lynn Dobbert
Joseph Fraundorf

       Defendant(s)

File Number _____

Notice of Appeal
Docketing Statement

---

Notice is hereby given that Dr. Michael Brown, Drew Cross, Nicholas Sieber, Lynn Dobbert, Joseph Fraundorf (Defendants) also Samterious Gordon (Plaintiff) In the above named case, hereby appeal to the United States Court of Appeal for the Western Circuit From the Final Judgment in a Civil Case entered in this action on the 7th day of January, 2020 From and order of Negligent and Eighth Amendment of Deliberate Indifference
Motion For a New Trial.

Samterious Gordon
*Samterious Gordon* (signature)
New Lisbon Corr. Inst
PO Box 4000
New Lisbon, WI 53950

Date: 1-21-2020

*Stamp: DOC NO / REC'D/FILED / 2020 JAN 24 AM 10:40 / PETER OPPENEER / US DIST COURT / WD OF WI*